# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 18-3644
_____

Jorge Enrique Avila-Chavarria

Petitioner

v.

Robert M. Wilkinson, Acting Attorney General of the United States

Respondent

_____

Petition for Review of an Order of the Board of Immigration Appeals
(A201-075-422)
_____

**JUDGMENT**

Before SHEPHERD, KELLY, and STRAS, Circuit Judges.

This cause was submitted on petition for review of an order from the Board of Immigration Appeals, on the original record and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the petition for review is denied in accordance with the opinion of this court.

February 02, 2021

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans